**FILED**
February 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07-mj-20 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Joseph Salvador Hillard, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Joseph Salvador Hillard Case 2:07-mj-20 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Secured bond by all available equity in the defendant's mother's home to be secured by 3/13/07.

    _X_ Unsecured appearance bond in the amount of $200,000 (until security posted)

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on 2/21/07 at 2:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge